**STANFORD v. PARIS**

[363 N.C. 579 (2009)]

| | | |
|---|---|---|
| CHARLES A. STANFORD, ET AL | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| OLIVER JOHNSON PARIS, ET AL | ) | |

No. 208PA09

The plaintiffs' Petition for Writ of Certiorari is allowed on the following issue only: "Did plaintiffs waive their right to appeal the trial court's 16 February 2007 order allowing respondents' motion to dismiss by waiting to appeal until after entry of the trial court's final judgment?"

By order of the Court in Conference, this 27th day of August, 2009.

Hudson, J.
For the Court